AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>5/11/07 |
| NAME OF SERVER *(PRINT)*<br>Don Winslow | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 818 West 7th Street, 2nd Floor, Los Angeles, CA 90017
(Served 5-11-07 at 3:20 p.m.)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served TSA STORES, INC., a Delaware corporation d/b/a SPORTS AUTHORITY, by serving its agent, CT Corporation System, by leaving with Margaret Wilson, Process Clerk,

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES<br>$39.50 | TOTAL<br>39.50 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/14/07
           *Date*            *Signature of Server*

Now Legal Service, 1301 West 2nd Street, #206, Los Angeles, CA 90026, (213) 482-1567, :L.A. Cty. #5426
*Address of Server*

ALSO SERVED CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, ECF REGISTRATION INFORMATION HANDOUT, USDC NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO GUIDELINES;

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.