1  Mark L. Pettinari (CA Bar No. 119293)
   LAW OFFICES OF MARK L. PETTINARI
2  Stock Exchange Tower
3  155 Sansome Street, Suite 400
   San Francisco, CA 94104
4  Telephone:    (415) 240-4200
   Facsimile:    (415) 240-4201
5  Email:        mlpettinari@mlplawoffices.com

6  *Attorneys for Plaintiff*
7  *Gripitz, LLC*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | GRIPITZ, LLC, a California Limited      ) Case No.: C07-2493 MEJ
   | Liability Company,                      )
13 |                                         ) **STIPULATION EXTENDING TIME OF**
   |            Plaintiff,                   ) **DEFENDANT TSA STORES, INC. TO**
14 |                                         ) **RESPOND TO THE COMPLAINT**
   |     vs.                                 )
15 |                                         )
   |                                         )
16 | TSA STORES, INC., A Delaware Corporation )
   | d/b/a Sports Authority,                 )
17 |                                         )
   |            Defendant                    )
18 |                                         )
19 

20     IT IS HEREBY STIPULATED by Plaintiff GRIPITZ, LLC and Defendant TSA

21 STORES, INC., by and through their respective counsel, pursuant to Civil Local Rule 6-1(a)

22 of the United States District Court for the Northern District of California, that TSA

23 STORES, INC. shall have up to and including July 13, 2007, in which to file and serve

24 response to the Complaint, filed May 9, 2007.

25

26

DATED: June 14, 2007    TSA STORES, INC.

By: _____
    Douglas Garrett

In-house counsel for Defendant TSA Stores, Inc.

DATED: June 14, 2007    LAW OFFICES OF MARK L. PETTINARI

By: _____
    Mark L. Pettinari

Attorneys for Plaintiff Gripitz, LLC

CIVIL ACTION NO.: C07-2493 MEJ
STIPULATION EXTENDING TIME OF DEFENDANT TSA STORES, INC.
TO RESPOND TO THE COMPLAINT

2

## PROOF OF SERVICE

I, Teresa L. Starin, am over the age of 18 years and not a party to the within cause. I am a citizen of the United States. My business address is Law Offices of Mark L. Pettinari, Stock Exchange Tower, 155 Sansome Street, Suite 400, San Francisco, California 94104 and I am employed by a member of the bar of this Court and at whose direction this service is made.

On June 14, 2007, I served the following document in the manner as described below:

**STIPULATION EXTENDING TIME OF DEFENDANT TSA STORES, INC. TO RESPOND TO THE COMPLAINT**

☒ BY ELECTRONIC MAIL to the address listed below, on the following party in this action:

Douglas Garrett
Legal Department
TSA Corporate Services, Inc.
dgarrett@thesportsauthority.com

*Counsel for Defendant TSA Stores, Inc.*

Executed on this 14th day of June 2007, at San Francisco, California:

*[signature]*
Teresa L. Starin

CIVIL ACTION NO.: C07-2493 MEJ
**PROOF OF SERVICE**                                                                 1