Mark L. Pettinari (CA Bar No. 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:   (415) 240-4200
Facsimile:    (415) 240-4201
Email:         mlpettinari@mlplawoffices.com

*Attorneys for Plaintiff*
*Gripitz, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRIPITZ, LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TSA STORES, INC., a Delaware corporation d/b/a Sports Authority,<br><br>　　　　　Defendant. | Case No.: C07-2493 MEJ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated this 16th day of July, 2007              By: _____/s/ Mark L. Pettinari_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark L. Pettinari

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Gripitz, LLC*