DAVID W. HANSEN (CA Bar No. 196958)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4560
Facsimile: (650) 470-4570

Attorneys for Defendant,
TSA STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRIPITZ, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TSA STORES, INC., a Delaware corporation d/b/a Sports Authority,<br><br>Defendant. | No. C 07-2493 MEJ<br><br>**REQUEST FOR ASSIGNMENT OF CASE TO A U.S. DISTRICT JUDGE** |

Pursuant to Northern District of California General Order No. 44(N)(1)(d), defendant, TSA Stores, Inc., by and through its counsel of record, hereby requests that this case be assigned to a United States District Court Judge for any and all proceedings therein.

Dated: July 26, 2007                    Respectfully submitted,


    /S/ David W. Hansen
David W. Hansen (CA Bar No. 196958)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Attorneys for Defendant,
TSA STORES, INC.

REQUEST FOR ASSIGNMENT OF
CASE TO A U.S. DISTRICT JUDGE
Case No. C 07-2493 MEJ                    -1-