**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRIPTZ, LLC., )<br>　　　　　　Plaintiff (s) )<br>　　v. )<br> )<br>TSA STORES, INC., )<br>　　　　　　Defendant (s) )<br>_____ ) | CASE NO. C-07-2493 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　_X_　(1) One or more of the parties has requested reassignment to a United States District Judge, or

　____　(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　____　(3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

　　　All previous hearing dates are hereby **VACATED.**

Dated:　August 15, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk