**RECEIVED**

AUG 3 0 2007

**E-filing**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------------------------------X

GRIPITZ, LLC.
      Plaintiff

v.

TSA STORES, INC.

      Defendant

---------------------------------------------------------X

Civil Action No. CV 07-2493 MMC

(~~Proposed~~)
ORDER GRANTING
APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

Gerard F. Dunne, an active member in good standing of the bar of the United States District Court of the Southern District of New York, whose business address and telephone number is:

> Gerard F. Dunne
> Law Office of Gerard F. Dunne, P.C.
> 156 Fifth Avenue, Suite 1223
> New York, NY 10010
> Telephone: 212-645-2410

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant TSA Stores, Inc,.

Order for Admission of Attorney
*Pro Hac Vice*
Case No. CV 07-2493 MMC        1

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronics Case Filing*.

Dated: SEP 0 4 2007

Maxine M. Chesney
United States District Court Judge

Order for Admission of Attorney
*Pro Hac Vice*
Case No. CV 07-2493 MMC                2