1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9              **Northern District of California**

10   Gripitz LLC,                          07-02493 MMC

11                     Plaintiff(s),       **NOTICE RE: NONCOMPLIANCE**
                                           **WITH COURT ORDER**
12          v.

13   TSA Stores Inc.,

14                     Defendant(s).

15

16          The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur before the Case Management Conference.

6

7

8   Dated: September 6, 2007

9                                       RICHARD W. WIEKING

10                                      Clerk
                                        by:    Timothy J. Smagacz

11

12                                      ADR Administrative Assistant
                                        415-522-4205

13                                      Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**PROOF OF SERVICE**

Case Name:          Gripitz LLC v. TSA Stores Inc.

Case Number:        07-02493 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

        ADR Program
        United States District Court
        Norther District of California
        450 Golden Gate Avenue Floor 16
        San Francisco, CA 94102

On September 6, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

        Mark Lee Pettinari
        Law Offices of Mark L. Pettinari
        155 Sansome Street, Suite 400
        Stock Exchange Tower
        San Francisco, CA 94104
        mlpettinari@mlplawoffices.com

        David W. Hansen
        Skadden Arps Slate Meagher & Flom LLP
        525 University Ave
        Suite 220
        Palo Alto, CA 94301
        dhansen@skadden.com

        Gerard F Dunne
        Law Office of Gerard F Dunne, P.C.
        156 Fifth Avenue
        Suite 1223
        New York, NY 10010
        gfdunne@covad.net

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov