Mark L. Pettinari (CA Bar No. 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:    (415) 240-4200
Facsimile:    (415) 240-4202
Email:        mlpettinari@mlplawoffices.com

*Attorneys for Plaintiff and Counterdefendant*
*Gripitz, LLC*

Gerard F. Dunne (Appearing *Pro Hac Vice*)
LAW OFFICES OF GERARD F. DUNNE, P.C.
156 Fifth Avenue, Suite 1223
New York, New York  10010
Telephone:    (212) 645-2410
Facsimile:    (212) 645-2435
Email:        gfdunne@covad.net

*Attorneys for Defendant and Counterclaimant*
*TSA Stores, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GRIPITZ, LLC, a California Limited Liability Company,<br><br>             Plaintiff,<br>     vs.<br><br>TSA STORES, INC., a Delaware corporation d/b/a Sports Authority,<br><br>             Defendant<br>-------------------------------------------------------<br>TSA STORES, INC., a Delaware corporation d/b/a Sports Authority,<br><br>             Counterclaimant,<br>     vs.<br><br>GRIPITZ, LLC, a California Limited Liability Company,<br><br>             Counterdefendant. | Case No.:  C07-2493 MMC<br><br>**STIPULATION AND [Proposed] ORDER RESCHEDULING THE DATE OF THE CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Maxine M. Chesney |

CIVIL ACTION NO.:  C07-2493 MMC                                                                                                  1
**STIPULATION AND [Proposed] ORDER RESCHEDULING THE DATE OF THE CASE MANAGEMENT CONFERENCE**

1    Plaintiff and Counterdefendant GRIPITZ, LLC ("GRIPITZ"), by and through its
2  counsel of record and Defendant and Counterclaimant TSA STORES, INC. ("TSA"), by and
3  through its counsel of record, stipulate as follows:

4    WHEREAS, pursuant to the Case Management Conference Order, filed on
5  August 22, 2007 (Document No. 13), the Case Management Conference is scheduled before
6  the Honorable Maxine M. Chesney on Friday, September 21, 2007 at 10:30 a.m. in
7  Courtroom No. 7, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
8  CA 94102;

9    WHEREAS, Mr. Dunne is lead trial counsel for Defendant and Counterclaimant
10 TSA;

11   WHEREAS, Mr. Dunne is lead counsel in a trial that is to commence on September
12 10, 2007 in the Eastern District of New York.  That case is entitled: *Imig, Inc. v. Electrolux*
13 *Home Care Products, Ltd.*  Trial of the matter is scheduled to continue until September 18,
14 2007;

15   WHEREAS, Mr. Dunne has a previously scheduled deposition set for September 19
16 and 20, 2007 in the case of *Fendi v Ashley Reed, 06 CV 0243 (JES)*.  That case involves
17 multiple defendants and the deposition was difficult to schedule.  The deponent is flying in
18 from Italy to appear for his deposition, making the deposition impossible to reschedule;

19   WHEREAS, GRIPITZ and TSA have commenced settlement discussions and
20 believe that rescheduling the Case Management Conference to October 12, 2007 will
21 provide adequate time for GRIPITZ and TSA to continue with substantive settlement
22 discussions and to prepare and file the Joint Case Management Conference Statement, which
23 would be due on October 5, 2007, should settlement of the action not be attained;

24   WHEREAS, Mr. Dunne is a sole practitioner with offices in New York, New York
25 and, as such, would prefer to appear at the Case Management Conference by telephone.
26

CIVIL ACTION NO.:  C07-2493 MMC                                                                2
**STIPULATION AND [Proposed] ORDER RESCHEDULING THE DATE OF THE CASE MANAGEMENT CONFERENCE**

1  GRIPITZ opposes Mr. Dunne's preference and any request by him to appear at the Case
2  Management Conference telephonically;
3  **NOW THEREFORE,**
4  Plaintiff and Counterdefendant GRIPITZ, by and through its counsel of record, and
5  Defendant and Counterclaimant TSA, by and through its counsel of record do hereby
6  Stipulate that the Case Management Conference currently scheduled for September 21, 2007
7  be vacated and the Case Management Conference be reset for 10:30 a.m. before the
8  Honorable Maxine M. Chesney on October 12, 2007.
9  **IT IS SO STIPULATED:**
10 LAW OFFICES OF MARK L. PETTINARI
11
12 By: *[signature]*                    Date: September 7, 2007
       Mark L. Pettinari, Esq
13 *Attorneys for Plaintiff and Counterdefendant*
   *GRIPITZ, LLC*
14
15 GERARD F. DUNNE, P.C.
16
17 By *[signature]*                     Date: Sept 7, 2007
       Gerard F. Dunne, Esq.
18     (Appearing *Pro Hac Vice*)
19 Local counsel:
20
21 David W. Hansen (CA Bar No. 196958)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue Avenue, Suite 1100
22 Palo Alto, CA  94301
   Telephone:    (650) 470-4560
23 Facsimile:    (650) 470-4570
   Email:        dhansen@skadden.com
24
25 *Attorneys for Defendant and Counterclaimant*
   *TSA Stores, Inc.*
26

**ORDER**

Having read and considered the Stipulation entered into by counsel for Plaintiff and Counterdefendant GRIPITZ, LLC and counsel for Defendant and Counterclaimant TSA STORES, INC., the Court finds that good cause exists for the Case Management Conference to be rescheduled to October 12, 2007.  NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled for September 21, 2007 is vacated and the Case Management Conference be reset for 10:30 a.m. on October 12, 2007 before the Honorable Maxine M. Chesney, Judge of the above-entitled Court in Courtroom No. 7, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED:_____     _____
                            Maxine M. Chesney
                            Judge, United States District Court