Mark L. Pettinari (CA Bar No. 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:     (415) 240-4200
Facsimile:      (415) 240-4202
Email:            mlpettinari@mlplawoffices.com

*Attorneys for Plaintiff and Counterdefendant
Gripitz, LLC*

Gerard F. Dunne (Appearing *Pro Hac Vice*)
LAW OFFICES OF GERARD F. DUNNE, P.C.
156 Fifth Avenue, Suite 1223
New York, New York  10010
Telephone:     (212) 645-2410
Facsimile:      (212) 645-2435
Email:            gfdunne@covad.net

*Attorneys for Defendant and Counterclaimant
TSA Stores, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GRIPITZ, LLC, a California Limited Liability Company, | Case No.: C07-2493 MMC |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER RESCHEDULING THE DATE OF THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| TSA STORES, INC., a Delaware corporation d/b/a Sports Authority, | |
| Defendant | The Honorable Maxine M. Chesney |
| TSA STORES, INC., a Delaware corporation d/b/a Sports Authority, | |
| Counterclaimant, | |
| vs. | |
| GRIPITZ, LLC, a California Limited Liability Company, | |
| Counterdefendant. | |

Civil Action No.: C07-2493 MMC                                                                                        1
**STIPULATION AND [Proposed] ORDER RESCHEDULING THE DATE OF THE CASE
MANAGEMENT CONFERENCE**

Plaintiff and Counterdefendant GRIPITZ, LLC ("GRIPITZ"), by and through its counsel of record and Defendant and Counterclaimant TSA STORES, INC. ("TSA"), by and through its counsel of record, stipulate as follows:

WHEREAS, pursuant to the Case Management Conference Order, filed on August 22, 2007 (Document No. 13), the Case Management Conference is scheduled before the Honorable Maxine M. Chesney on Friday, September 21, 2007 at 10:30 a.m. in Courtroom No. 7, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102;

WHEREAS, Mr. Dunne is lead trial counsel for Defendant and Counterclaimant TSA;

WHEREAS, Mr. Dunne is lead counsel in a trial that is to commence on September 10, 2007 in the Eastern District of New York. That case is entitled: *Imig, Inc. v. Electrolux Home Care Products, Ltd.* Trial of the matter is scheduled to continue until September 18, 2007;

WHEREAS, Mr. Dunne has a previously scheduled deposition set for September 19 and 20, 2007 in the case of *Fendi v Ashley Reed, 06 CV 0243 (JES)*. That case involves multiple defendants and the deposition was difficult to schedule. The deponent is flying in from Italy to appear for his deposition, making the deposition impossible to reschedule;

WHEREAS, GRIPITZ and TSA have commenced settlement discussions and believe that rescheduling the Case Management Conference to October 12, 2007 will provide adequate time for GRIPITZ and TSA to continue with substantive settlement discussions and to prepare and file the Joint Case Management Conference Statement, which would be due on October 5, 2007, should settlement of the action not be attained;

WHEREAS, Mr. Dunne is a sole practitioner with offices in New York, New York and, as such, would prefer to appear at the Case Management Conference by telephone.

GRIPITZ opposes Mr. Dunne's preference and any request by him to appear at the Case Management Conference telephonically;

**NOW THEREFORE,**

Plaintiff and Counterdefendant GRIPITZ, by and through its counsel of record, and Defendant and Counterclaimant TSA, by and through its counsel of record do hereby Stipulate that the Case Management Conference currently scheduled for September 21, 2007 be vacated and the Case Management Conference be reset for 10:30 a.m. before the Honorable Maxine M. Chesney on October 12, 2007.

**IT IS SO STIPULATED:**

LAW OFFICES OF MARK L. PETTINARI

By: /s/ Mark L. Pettinari        Date: September 7, 2007
    Mark L. Pettinari, Esq
*Attorneys for Plaintiff and Counterdefendant GRIPITZ, LLC*

GERARD F. DUNNE, P.C.

By: /s/ Gerard F. Dunne          Date: Sept 7, 2007
    Gerard F. Dunne, Esq.
    (Appearing *Pro Hac Vice*)

Local counsel:

David W. Hansen (CA Bar No. 196958)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue Avenue, Suite 1100
Palo Alto, CA 94301
Telephone:  (650) 470-4560
Facsimile:  (650) 470-4570
Email:      dhansen@skadden.com

*Attorneys for Defendant and Counterclaimant TSA Stores, Inc.*

1 **ORDER**

2  Having read and considered the Stipulation entered into by counsel for Plaintiff and
3 Counterdefendant GRIPITZ, LLC and counsel for Defendant and Counterclaimant TSA
4 STORES, INC., the Court finds that good cause exists for the Case Management Conference
5 to be rescheduled to October 12, 2007.  NOW THEREFORE,

6  **IT IS HEREBY ORDERED** that the Case Management Conference currently
7 scheduled for September 21, 2007 is vacated and the Case Management Conference be reset
8 for 10:30 a.m. on October 12, 2007 before the Honorable Maxine M. Chesney, Judge of the
9 above-entitled Court in Courtroom No. 7, 19th Floor, Federal Building, 450 Golden Gate
10 Avenue, San Francisco, CA  94102.   A Joint Case Management Statement shall be filed no
11 later than October 5, 2007.

12 DATED: September 10, 2007                         _____
                                                    Maxine M. Chesney
13                                                  Judge, United States District Court