1  Mark L. Pettinari (CA Bar No. 119293)
   LAW OFFICES OF MARK L. PETTINARI
2  Stock Exchange Tower
3  155 Sansome Street, Suite 400
   San Francisco, CA  94104
4  Telephone:     (415) 240-4200
   Facsimile:     (415) 240-4202
5  Email:         mlpettinari@mlplawoffices.com

6  *Attorneys for Plaintiff and Counter-defendant*
   *Gripitz, LLC*
7

8  Gerard F. Dunne (Appearing *Pro Hac Vice*)
   LAW OFFICES OF GERARD F. DUNNE, P.C.
9  156 Fifth Avenue, Suite 1223
   New York, New York  10010
10 Telephone:     (212) 645-2410
11 Facsimile:     (212) 645-2435
   Email:         gfdunne@covad.net
12
   *Attorneys for Defendant and Counterclaimant*
13 *TSA Stores, Inc.*

14

15                IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

| | |
|---|---|
| GRIPITZ, LLC, a California Limited Liability Company, | Case No.:  C07-2493 MMC |
| Plaintiff, | **NOTICE OF PENDING SETTLEMENT** |
| vs. | |
| TSA STORES, INC., a Delaware corporation d/b/a Sports Authority, | The Honorable Maxine M. Chesney |
| Defendant | |
| And Related Counterclaim | |

CIVIL ACTION NO.: C07-2493 MMC                                                   1
**NOTICE OF PENDING SETTLEMENT**

1  Plaintiff and Counter-defendant, GRIPITZ, LLC and Defendant and Counterclaimant, TSA STORES, INC. (collectively "the Parties"), by and through their counsel of record in this action, hereby provide the Court with the following notice:

1. The Parties have reached agreement on the terms of settlement of their dispute and are currently engaged in the drafting of formal settlement papers, which will include a Stipulated Dismissal with Prejudice of all claims and counterclaims that are pending in the above-captioned action.

2. The deadline for filing of the Joint Case Management Conference Statement is today, October 5, 2007. However, in light of the settlement, the Parties will not be filing a Joint Case Management Conference Statement with the Court.

3. Counsel anticipate a Stipulated Dismissal of the Action to be filed with the Court on or before Friday, October 12, 2007, the date currently scheduled for the Case Management Conference before Judge Chesney.

4. This notice is provided to the Court in the interests of judicial economy to permit the Court to vacate the Case Management Conference set for October 12, 2007, should it desire.

LAW OFFICES OF MARK L. PETTINARI

Dated this 5th day of October, 2007.   By: /s/ Mark L. Pettinari
                                            Mark L. Pettinari
                                            *Attorneys for Plaintiff and Counter-defendant Gripitz, LLC*

LAW OFFICES OF GERARD F. DUNNE, P.C.

Dated this 5th day of October, 2007.   By: /s/ Gerard F. Dunne
                                            Gerard F. Dunne
                                            (Appearing *Pro Hac Vice*)
                                            *Attorneys for Defendant and Counterclaimant TSA Stores, Inc.*

CIVIL ACTION NO.: C07-2493 MMC
**NOTICE OF PENDING SETTLEMENT**

2