**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**                                    E-filing

Date: OCT 12 2007

C-07-2493-MMC

Geipitz LLC   v   TSA Stores, Inc.

Attorneys: Mark Pettinari           No Appearance

Deputy Clerk: **TRACY LUCERO**      Reporter: Not Reported

**PROCEEDINGS:**                                      **RULING:**

1. _____   _____
2. _____   _____
3. _____   _____
4. _____   _____

( ) Status Conference    ( ) P/T Conference    (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Counsel informed the Court that this case has settled - he expects a dismissal by early next week.

( ) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court____

( ) Referred to Magistrate For: _____

( ) By Court
(✓) CASE CONTINUED TO 10/26/07 @ 10:30 for Continued Case Management Conference (Joint statement due 10/19/07)

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
Type of Trial: ( ) Jury   ( ) Court
Notes: _____