Mark L. Pettinari (CA Bar No. 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:     (415) 240-4200
Facsimile:      (415) 240-4202
Email:          mlpettinari@mlplawoffices.com

*Attorneys for Plaintiff*
*Gripitz, LLC*


Gerard F. Dunne (Appearing *Pro Hac Vice*)
LAW OFFICES OF GERARD F. DUNNE, P.C.
156 Fifth Avenue, Suite 1223
New York, New York  10010
Telephone:     (212) 645-2410
Facsimile:      (212) 645-2435
Email:          gfdunne@covad.net

*Attorneys for Defendant and Counterclaimant*
*TSA Stores, Inc.*


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| GRIPITZ, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> TSA STORES, INC., a Delaware corporation d/b/a Sports Authority, <br><br> Defendant | Case No.:  C07-2493 MMC <br><br> **STIPULATION AND [Proposed] ORDER OF DISMISSAL WITH PREJUDICE** <br><br> The Honorable Maxine M. Chesney |

```
-------------------------------------------------- )
                                                   )
TSA STORES, INC., a Delaware corporation           )
d/b/a Sports Authority,                            )
                                                   )
                      Counterclaimant,             )
                                                   )
          vs.                                      )
                                                   )
GRIPITZ, LLC, a California Limited                 )
Liability Company,                                 )
                                                   )
                      Counter-defendant.           )
                                                   )
_____   )
```

WHEREAS, on May 9, 2007, Plaintiff GRIPITZ, LLC ("Gripitz") filed a Complaint against Defendant TSA STORES, INC. ("TSA"), for infringement of United States Patent No. 7,156,791 ("the '791 Patent");

WHEREAS, on July 16, 2007, in response to the Complaint, TSA filed an Answer, Affirmative Defenses and Counterclaim of Defendant TSA Stores, Inc.;

WHEREAS, on August 3, 2007, Gripitz filed its Reply to the Counterclaim of TSA Stores, Inc.;

WHEREAS, the parties have entered into an Agreement setting forth the terms and conditions under which this litigation shall be resolved; and

WHEREAS, Gripitz and TSA, by and through their respective attorneys of record, have stipulated to entry of this Dismissal with Prejudice in compromise and settlement of their respective claims, defenses, and counterclaims pending in the above-captioned action; NOW THEREFORE, good cause appearing,

/ /

/ /

/ /

/ /

IT IS HEREBY ORDERED, by stipulation of the parties, by and through their counsel of record in this action, that all of the claims, defenses, and counterclaims raised in this action and that this action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  October 22, 2007

_____
Maxine M. Chesney
United States District Court Judge

**IT IS SO STIPULATED:**

LAW OFFICES OF MARK L. PETTINARI

By: _____        Dated: October 18, 2007
Mark L. Pettinari

*Attorneys for Plaintiff Gripitz, LLC*

LAW OFFICES OF GERARD F. DUNNE

By: _____        Dated: Oct 17, 2007
Gerard F. Dunne

Local counsel:

David W. Hansen (CA Bar No. 196958)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue Avenue, Suite 1100
Palo Alto, CA  94301
Telephone:     (650) 470-4560
Facsimile:      (650) 470-4570
Email:          dhansen@skadden.com

*Attorneys for Defendant TSA Stores, Inc.*

CIVIL ACTION NO.:  C07-2493 MMC
**STIPULATION AND [Proposed] ORDER OF DISMISSAL WITH PREJUDICE**